IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley Abs Capital I Inc. Trust 2007–Nc1 Mortgage Pass-Through Certificates, Series 2007-Nc1,<br><br>     Plaintiff,<br><br>V.<br><br>NANCY WELCH a/k/a Nancy Loyd, and LARRY LOYD,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. SA-19-CA-590-FB<br>)<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge (docket no. 22) concerning plaintiff's motion for default judgment (docket no. 19). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 22) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that plaintiff's Motion for Default Judgment Against Defendants Nancy Welch a/k/a Nancy Loyd and Larry Loyd (docket no. 19) is GRANTED and the Court shall issue a separate Default Judgment which authorizes plaintiff to enforce the power of sale in the Security Instrument through foreclosure of the property pursuant to Section 51.002 of the Texas Property Code.  All other relief not specified in the Report and Recommendation is denied.

It is so ORDERED.

SIGNED this 31st day of August, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE